IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| IRA JAY PERLMAN | ) | No. 12-37860 |
| Debtor. | ) | |
| | ) | Judge Janet S. Baer |
| | ) | |
| | ) | Chapter 7 |

NOTICE OF MOTION

TO    TRUSTEE: Michael K. Desmond, via cm/ecf
TO    DEBTOR: Ira Jay Perlman, 9040 N. Karlov, Skokie, IL 60076
TO    Law Offices of David Freydin Ltd, via cm/ecf

      On December 10, 2012 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Janet S. Baer in the Courtroom 615 usually occupied by her in the United States Federal Courthouse, at 219 S. Dearborn, located in Chicago, Illinois, or before such other Judge as may be presiding in her place and stead, and I shall present the attached Motion to Lift Stay.

PROOF OF SERVICE

      I, ERICA CROHN MINCHELLA , an attorney, certify that a copy of the attached Motion to Lift Stay was electronically mailed to the parties listed and a copy mailed to Debtor at the above address on November 28, 2012.

                                          /s/ ERICA CROHN MINCHELLA

Erica Crohn Minchella
ARDC No. 6180610
Whitney Barry
ARDC No. 6305430
MINCHELLA & ASSOCIATES, LTD.
Attorney for Lauren R. Perlman
7538 St. Louis Ave.
Skokie, IL 60076
847-677-6772

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case Number 12-37860 |
| IRA JAY PERLMAN, | ) | |
| | ) | Judge Janet S. Baer |
| Debtor. | ) | Michael Desmond, Trustee |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

COMES NOW Movant LAUREN R. PERLMAN, by and through her attorneys, MINCHELLA & ASSOCIATES, LTD., pursuant to 11 U.S.C. §362(d), and moves the Honorable Court for relief from the automatic stay in effect under 11 U.S.C. §362(a). In support of her Motion, Movant states:

1. On September 25, 2012 IRA JAY PERLMAN, (Debtor) filed a voluntary petition for relief pursuant to Chapter 7, Title 11, of the United States Code.

2. LAUREN R. PERLMAN is the spouse of the Debtor and a party in interest herein.

3. Michael K. Desmond (Trustee) is the duly appointed trustee of Debtors' bankruptcy estate.

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157(b)(1) and 157(b)(2)(G), 11 U.S.C. §362, and Federal Rules of Bankruptcy Procedure 4001 and 9014. This is a "core" proceeding under 28 U.S.C. §157(b)(2)(G).

5. Venue is proper in this Court pursuant to 28 U.S.C. §1409.

6. On May 6, 2011 Movant commenced an action seeking a dissolution of the marriage of Movant and Debtor in the Circuit Court of Cook County, Illinois, which action now pends under case number 11 D 04685. On or about June 3, 2011 Debtor filed a counter-petition against Movant seeking similar relief.

7. Movant requests relief from the automatic stay for cause pursuant to 11 U.S.C. §362(d)(1) to permit her to proceed with the pending dissolution of marriage action.

8. Movant seeks to proceed with the contested custody matter, as both Movant and Debtor are seeking custody of the minor children of the parties.

WHEREFORE, LAUREN R. PERLMAN, prays that this Honorable Court enter an order granting Movant relief from the automatic stay in effect under 11 U.S.C. §362(a) to permit her to proceed with the pending dissolution of marriage action and providing for such other and further relief as the Court deems just and equitable.

LAUREN R. PERLMAN

By:_____
One of her attorneys

Erica Crohn Minchella
ARDC No. 6180610
Whitney Barry
ARDC No. 6305430
MINCHELLA & ASSOCIATES, LTD.
Attorney for Lauren R. Perlman
7538 St. Louis Ave.
Skokie, IL 60076
847-677-6772